**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL ROBLES, | Case No. 2:20-cv-03226-JAK-E |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| SERENGETI FINANCIAL, LLC, AND LANNISTER LAW CORPORATION | |
| Defendants. | |

1

SAMUEL ROBLES ("Plaintiff") has moved this Court for an order granting default judgment against SERENGETI FINANCIAL, LLC, AND LANNISTER LAW CORPORATION. After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment against SERENGETI FINANCIAL, LLC, AND LANNISTER LAW CORPORATION, and:

1. Judgment is entered against SERENGETI FINANCIAL, LLC, and LANNISTER LAW CORPORATION in favor of Plaintiff in the amount of $250 in statutory damages, $220 in actual damages; and

2. Attorney's fees in the amount of $7,500 are awarded in favor of Plaintiff against SERENGETI FINANCIAL, LLC, and LANNISTER LAW CORPORATION.

Defendants are jointly and severally liable for each of these amounts.

Dated: April 4, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE